UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROMINA A. WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>SUNRISE CREDIT SERVICES, INC.,<br><br>   Defendant. | Case No. 4:21-cv-02114 |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ROMINA A. WILLIAMS ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, SUNRISE CREDIT SERVICES, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

DATED: August 16, 2021

Respectfully submitted,

**ROMINA A. WILLIAMS**

By: */s/ Omar Sulaiman*

Omar Sulaiman, Esq.
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
osulaiman@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

I, Omar Sulaiman, certify that on August 16, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

<u>/s/ *Omar Sulaiman*</u>