# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ROMINA A. WILLIAMS, | |
| Plaintiff, | Case No. 4:21-cv-02114 |
| v. | |
| SUNRISE CREDIT SERVICES, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, ROMINA A. WILLIAMS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, SUNRISE CREDIT SERVICES, INC., with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: March 18, 2022

Respectfully submitted,

**ROMINA A. WILLIAMS**
*/s/ Marwan R. Daher*
Marwan R. Daher
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mdaher@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify on March 18, 2022, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all counsel of records.

                         */s/ Marwan R. Daher*