IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Romina A Williams,<br><br>   Plaintiff,<br><br>v.<br><br>Sunrise Credit Services, Inc.,<br><br>   Defendant. | Case No. 4:21-cv-02114 |

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

     Plaintiff Romina A. Williams having filed a Notice of Voluntary Dismissal with Prejudice (Dkt. Entry No. 10), and this Court having reviewed the same, it is hereby ORDERED that the dismisal is approved. This case is dismissed with prejudice as to all of Plaintiff's claims. Each party shall bear its own attorney's fees and costs.

Dated: March 21, 2022

                                                             Gray H. Miller
                                                             Senior U. S. District Judge